TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, Arizona 85028
Telephone: (408) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Shannon Drummer

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shannon Drummer,<br><br>                    Plaintiff,<br><br>        vs.<br><br>Bridgeport Financial, Inc.,<br><br>                    Defendant. | Case No.: 3:15-cv-04090-HSG<br><br>**ORDER** |

3:15-cv-04090-HSG

[PROPOSED] ORDER

1

2

3

     Based on Plaintiff's Motion for Telephonic Appearance at Initial Case Management Conference, and for good cause shown, IT IS HEREBY ORDERED GRANTING Plaintiff's Motion.  Plaintiff's counsel may appear telephonically at the Initial Case Management Conference set for December 8, 2015, at 2:00 p.m.  **Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.**

4

5

6

7

8

Date: <u>November 30, 2015</u>

9

Judge: Hon. Haywood S. Gilliam, Jr.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28