Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
Amanda N. Griffith - 288164
ELLIS LAW GROUP LLP
740 University Avenue, Suite 100
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
asteinheimer@ellislawgrp.com
agriffith@ellislawgrp.com

Attorneys for Defendant BRIDGEPORT FINANCIAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANNON DRUMMER,<br><br>　　　Plaintiff,<br><br>v.<br><br>BRIDGEPORT FINANCIAL, INC.,<br><br>　　　Defendant. | Case No.:  15-CV-04090 HSG<br><br>**ORDER GRANTING DEFENDANT BRIDGEPORT FINANCIAL, INC.'S MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>**Date:     December 8, 2015**<br>**Time:    2:00 p.m.**<br>**Crtrm:   15 – 18th Floor**<br>**Honorable Haywood S. Gilliam, Jr.** |

The court hereby grants the request of Andrew M. Steinheimer to appear at the Case Management Conference telephonically.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

Date:  December 2, 2015       _____
　　　　　　　　　　　　　　　　The Honorable Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　United States District Court Judge

- 1 -

[PROPOSED] ORDER GRANTING DEFENDANT BRIDGEPORT FINANCIAL INC.'S MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGMEENT CONFERENCE