UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON DRUMMER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRIDGEPORT FINANCIAL, INC.,<br><br>　　　　Defendant. | Case No.  15-cv-04090-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on December 8, 2015.  The Court sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Litigation Event | Deadline |
|---|---|
| Last Day to Amend Pleadings | February 26, 2016 |
| Close of Fact Discovery | June 3, 2016 |
| Last Day to Hear Dispositive Motions | August 4, 2016[1] at 2:00 p.m. |
| Pretrial Conference | September 27, 2016 at 3:00 p.m. |
| Jury Trial (two days) | October 3, 2016[2] at 8:30 a.m. |

The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated:   12/9/2015

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] This conforms the date to the Court's regularly-scheduled civil law and motion calendar.
[2] This conforms the date to the Court's standard trial schedule.