TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Shannon Drummer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shannon Drummer,<br><br>                Plaintiff,<br><br>     vs.<br><br>Bridgeport Financial, Inc.,<br><br>                Defendant. | Case No.: 3:15-cv-04090-HSG<br><br>**ORDER** |

1  Based on the Stipulation of counsel, the case is dismissed with prejudice, each
2  party to bear its own attorney fees and costs.
3
4
5  Date: March 16, 2016                    *Haywood S. Gill, Jr.*
6                                          Judge: